IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-378-D

|  |  |  |
|---|---|---|
| WELLS FARGO BANK, N.A., as successor by merger to Wachovia Bank, N.A., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| PHILLIP S. GRANT, BOBBY B. REAVIS, and JEAN S. REAVIS, | ) ) ) ) | |
| Defendants. | ) | |

On June 1, 2012, Wells Fargo Bank, N.A. ("Wells Fargo") moved to dismiss the amended counterclaims of Phillip S. Grant pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure [D.E. 32]. Grant responded in opposition [D.E. 34], and Wells Fargo replied [D.E. 35].

The court has considered the motion under the governing standard. The motion [D.E. 32] is DENIED.

SO ORDERED. This 17 day of December 2012.

JAMES C. DEVER III
Chief United States District Judge