IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5: 11-CV-378-D

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., as successor-by-merger to Wachovia Bank, National Association, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER ALLOWING MANUAL FILING** |
| PHILLIP S. GRANT, BOBBY B. REAVIS, and JEAN S. REAVIS, | ) ) ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on Defendant Phillip S. Grant's *Motion to File Exhibit Manually.* (DE 60) For good cause show, Defendant's motion is hereby granted.

IT IS THEREFORE ORDERED that Defendant Grant shall cause Exhibit 8 to be filed manually. All documents included within Exhibit 8 that have not been designated as confidential by the plaintiff may be filed on a CD identified as **Exhibit 8A.** All documents included within Exhibit 8 that have been designated as confidential by the plaintiff shall be filed only in paper form, in accordance with Local Civil Rule 79.2 and Section T of the CM/ECF Policy Manual, and identified as **Exhibit 8B.**

SO ORDERED in Chambers in Raleigh, North Carolina on January 24, 2014.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE